UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| Darrell F.,<br>  Plaintiff,<br><br>vs.<br><br>Martin J. O'Malley, Commissioner,<br>Social Security Administration,<br>  Defendant. | Case No. 3:23-cv-01937-HL<br><br>ORDER AWARDING ATTORNEY FEES PER 28 U.S.C. § 2412(d) & COSTS PER 28 U.S.C. § 1920 |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $9,393.41 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, George J. Wall, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check or electronic transfer shall be made payable to Plaintiff's attorney and mailed to counsel's mailing address at: 825 NE 20TH Ave., Suite 330, Portland OR 97232. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to counsel's address as stated above.

IT IS SO ORDERED: October 4, 2024

_____
ANDREW HALLMAN
UNITED STATES MAGISTRATE JUDGE